OPINION — AG — **** LOYALTY OATH-NEW-STATE OFFICERS AND EMPLOYEES **** THE SECRETARY OF STATE SHOULD NOT FURNISH THE OATH FORM GIVEN IN 51 O.S. 1961 36.2 [51-36.2] BUT SHOULD FURNISH THE OATH FORM SET OUT IN 51 O.S. 1968 Supp., 36.2A [51-36.2A]. HE MAY DISPOSE OF ANY BLANK, UNSIGNED FORMS OF THE LOYALTY OATH SET OUT IN 51 O.S. 1961 36.2 [51-36.2] AND SHOULD DISPOSE OF ANY SIGNED FORMS OF SUCH OATH IN ACCORDANCE WITH 67 O.S. 1961 201-216 [67-201] — [67-206] PENN LERBLANCE